MICHAEL A. FIRESTEIN, CA STATE BAR No. 110622 *(admitted pro hac vice)*
    mfirestein@proskauer.com
JOSHUA J. POLLACK, CA STATE BAR No. 215922 *(admitted pro hac vice)*
    jpollack@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

JAMES E. MURPHY, NV STATE BAR No. 8586
    jmurphy@laxalt-nomura.com
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89169
Telephone:   (702) 388-1551
Facsimile:    (702) 388-1559

Attorneys for Plaintiff and Counter-Defendant
ANIPLEX, INCORPORATED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANIPLEX, INCORPORATED, a Japanese corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>THE UPPER DECK COMPANY, a Nevada corporation,<br><br>    Defendant and Counter-Claimant. | CASE NO. 2:08-cv-00442-HDM-PAL |

**NOTICE OF ERRATA REGARDING MISSING EXHIBIT IN DOCKET NUMBER 131**

      PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant Aniplex, Incorporated ("Aniplex") is filing this Notice of Errata to correct an error in the attachments to the First Declaration Of Joshua J. Pollack In Support Of Plaintiff And Counter-Defendant Aniplex, Incorporated's Motion For Partial Summary Judgment (Non-Confidential) ("Pollack Declaration 1"), filed on August 6, 2010 as Docket Number 131.

      Attachment 17 to Pollack Declaration 1 contains a .pdf document labeled "Exhibits 19, 20 and 21." However, Exhibit 21 inadvertently was not included in that document. Because Exhibits 19, 20, and 21 together exceed the Court's ECF file size requirements, Aniplex is attaching hereto as <u>Exhibit 21</u> a stand-alone version of what should have been attached to Pollack Declaration 1 as Exhibit 21.

      Exhibit A is described and authenticated at paragraph 22 of Pollack Declaration 1.


DATED: August 9, 2010         Respectfully submitted,

                                      MICHAEL A. FIRESTEIN  
                                      JOSHUA J. POLLACK  
                                      PROSKAUER ROSE LLP

                                By:    <u>/s/ Joshua J. Pollack</u>  
                                            Joshua J. Pollack

                                      ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT ANIPLEX, INCORPORATED

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, I hereby certify that I am an associate with Proskauer Rose LLP, and that I caused a true and correct copy of the foregoing **NOTICE OF ERRATA REGARDING MISSING EXHIBIT IN DOCKET NUMBER 131** to be served on the parties in this action through the Federal Court CM/ECF system.

DATED this 9th day of August, 2010

                                        /s/ Joshua J. Pollack
                                        Joshua J. Pollack