# EXHIBIT "41"

**From:** asa.suehira@aniplex.jp  
**Sent:** Wednesday, April 05, 2006 5:12 PM  
**To:** Sepenuk, John  
**Subject:** Re: FW: so i am reading

ya, send me all the concerns.
I will share these with Aniplex Japan.

Asa


"Sepenuk, John" <John_Sepenuk@upperdeck.com> on 2006/04/06 09:09:47

??:  Asa Suehira/ANX/SMJP@SMJP
cc:
??:  FW: so i am reading


Asa- Here is an example of our frustration.  In addition to the lack of action and boring dialogue, when there is action, it is in the form of a sword fight, not monster/shard battle, and the sword fight violence is completely inappropriate for our time slot.  This happening over and over again and it is not only going to be extremely expensive to fix if it can be fixed at all, we have given them time and time again alternative strategies to deal with this and they won't listen.


What can we do here?  It would be really helpful to our team here in the US if we could communicate these types of things through you.  Is that a possibility?


This email message and any attachments to it are intended only for the named recipients and may contain confidential information. If you are not one of the intended recipients, please do not duplicate or forward this e-mail message and immediately delete it from your computer.


From: Jones, Cory
Sent: Wednesday, April 05, 2006 5:06 PM
To: Sepenuk, John; Bennington, Jerry
Subject: so i am reading

UD067217

FUCKING A!!!

Episode 16, and its really making my blood boil, her is an excerpt:

A lone figure approaches the soldiers.

It raises the light it is holding, revealing its face.

Soldier A

L-Lady Rebecca...?

Rebecca

Tell me. What is Hugh trying to do?

Rebecca waits for an answer.

Rebecca

...Is he so intent on my demise?

Soldier A

We know nothing...

Rebecca runs the soldier through with her sword.

Rebecca

I repeat. What are Hugh's intentions?

Soldier B

(Cowering in fear) We were merely following Lady Elmeida's orders...

UD067218

Rebecca cuts him short with a stab of her sword.

As the soldier moans in agony and slumps forward, Rebecca stabs him repeatedly with the sword.

Clearly the only time people are not talking is just long enough to savagely murder each other,

JOHN- can we have a conference call with Aniplex?

The IP team is working on 1 page critiques of episodes 1-4

Cory Hudson Jones

Director of Brand and New Product Development

Upper Deck Entertainment

p. 760-603-7419

c. 760-390-9376

UD067219