1  Joseph R. Taylor, Esq. (SBN: 129933)
       jtaylor@linerlaw.com
2  Bennett A. Bigman, Esq. (SBN: 115426)
       bbigman@linerlaw.com
3  Kim Zeldin, Esq. (SBN: 135780)
       kzeldin@linerlaw.com
4  Kristina Fredericks, Esq. (SBN: 230096)
       kfredericks@linerlaw.com
5  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
6  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
7  Telephone: (310) 500-3500
   Facsimile: (310) 500-3501
8  Admitted Pro Hac Vice

9  Bruno Wolfenzon, Esq. (NV Bar No. 6177)
       bwolfenzon@wolfenzon.com
10 Daniel J. Reed, Esq. (NV Bar No. 11249)
       dreed@wolfenzon.com
11 WOLFENZON SCHULMAN & ROLLE
   6725 Via Austi Parkway
12 Las Vegas, Nevada 89118
   Telephone: (702) 836-3138
13 Facsimile: (702) 836-3139

14 Attorneys for Defendant and Counterclaimant
   The Upper Deck Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANIPLEX, INCORPORATED, a Japanese corporation,<br><br>  Plaintiff and Counter-Defendant,<br><br>vs.<br><br>THE UPPER DECK COMPANY, a Nevada corporation,<br><br>  Defendant and Counterclaimant. | Case No. 2:08-CV-00442-HDM-PAL<br><br>**DECLARATION OF KRISTINA FREDERICKS REGARDING MANUAL FILING IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT THE UPPER DECK COMPANY'S OPPOSITION TO ANIPLEX, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Oral Argument Requested]<br><br>[Notice of Manual Filing of Evidence; Memorandum of Points and Authorities in Opposition; Statement of Genuine Issues; Evidentiary Objections; and Declarations of John Sepenuk, Kristina Fredericks and Jordan Mendoza filed concurrently herewith] |

0038528/017/ 473300v01

## DECLARATION OF KRISTINA FREDERICKS

I, Kristina Fredericks, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and admitted *pro hac vice* in this action. I am an associate at the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, counsel of record for defendant and counterclaimant The Upper Deck Company ("Upper Deck") in this action. The facts set forth herein are of my own personal knowledge, except for those matters set forth on information and belief, and as to those matters I am informed and believe them to be true.

2. Attached hereto as Exhibits 109 through 113, respectively, are true and correct copy of DVDs which together contain all 51 episodes of the "Kiba" anime series with English subtitles.

3. Exhibit 109 contains episodes 1-10 of the "Kiba" anime series.

4. Exhibit 110 contains episodes 11-20 of the "Kiba" anime series.

5. Exhibit 111 contains episodes 21-30 of the "Kiba" anime series.

6. Exhibit 112 contains episodes 31-40 of the "Kiba" anime series.

7. Exhibit 113 contains episodes 41-51 of the "Kiba" anime series.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of August, 2010, at Los Angeles, California.

*/s/ Kristina Fredericks*

Kristina Fredericks