1  Joseph R. Taylor, Esq. (SBN: 129933)
      jtaylor@linerlaw.com
2  Bennett A. Bigman, Esq. (SBN: 115426)
      bbigman@linerlaw.com
3  Kim Zeldin, Esq. (SBN: 135780)
      kzeldin@linerlaw.com
4  Kristina Fredericks, Esq. (SBN: 230096)
      kfredericks@linerlaw.com
5  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
6  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
7  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
8  Admitted Pro Hac Vice

9  Bruno Wolfenzon, Esq. (NV Bar No. 6177)
      bwolfenzon@wolfenzon.com
10 Daniel J. Reed, Esq. (NV Bar No. 11249)
      dreed@wolfenzon.com
11 WOLFENZON SCHULMAN & ROLLE
   6725 Via Austi Parkway
12 Las Vegas, Nevada  89118
   Telephone: (702) 836-3138
13 Facsimile: (702) 836-3139

14 Attorneys for Defendant and Counterclaimant
   The Upper Deck Company
15

16                    **UNITED STATES DISTRICT COURT**

17                          **DISTRICT OF NEVADA**

18

19 ANIPLEX, INCORPORATED, a Japanese    )  Case No. 2:08-CV-00442-HDM-PAL
   corporation,                          )
20                                       )  **REPLY DECLARATION OF KRISTINA**
              Plaintiff and Counter-Defendant, )  **FREDERICKS IN SUPPORT THE**
21                                       )  **UPPER DECK COMPANY'S MOTION**
       vs.                               )  **FOR SUMMARY JUDGMENT OR, IN**
22                                       )  **THE ALTERNATIVE, SUMMARY**
   THE UPPER DECK COMPANY, a Nevada      )  **ADJUDICATION OF ISSUES**
23 corporation,                          )
                                         )  **ORAL ARGUMENT REQUESTED**
24            Defendant and              )
              Counterclaimant.           )  [Reply Memorandum of Points and
25                                       )  Authorities, Confidential Declaration of
                                         )  Kristina Fredericks, Declaration of Masahisa
26                                       )  Mitsunaga, Evidentiary Objections, Response
                                         )  to Aniplex's Evidentiary Objections and
27                                       )  Response re Statement of Undisputed Facts
   _____ )  filed concurrently herewith]
28

0038528/017/ 474925v01

1       I, Kristina Fredericks, declare as follows:

2       1.      I am an attorney at law licensed to practice in the State of California. I am an associate at the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP (the "Liner Firm"), counsel for defendant and counterclaimant The Upper Deck Company ("Upper Deck") in the above-captioned matter. The facts set forth herein are of my own personal knowledge, except for those matters set forth on information and belief, and as to those matters I am informed and believe them to be true.

3       2.      Attached hereto as Exhibit 114 is a true and correct copy of the relevant portions of the transcript of the February 11, 2010 deposition of Asa Suehira-Weintraub taken in the above-captioned matter.

4       3.      Attached hereto as Exhibit 115 is a true and correct copy of the relevant portions of the transcript of the March 2-3, 2010 deposition of Naritoshi Sato taken in the above-captioned matter.

5       4.      Attached hereto as Exhibit 116 is a true and correct copy of the relevant portions of the transcript of the April 12-13, 2010 deposition of Shuko Yokoyama taken in the above-captioned matter.

6       5.      Attached hereto as Exhibit 117 is a true and correct copy of the relevant portions of the transcript of the April 20-21, 2010 deposition of Hideo Katsumata taken in the above-captioned matter.

7       6.      Attached hereto as Exhibit 118 is a true and correct copy of the relevant portions of the transcript of the May 11-12, 2010 deposition of Keiko Nobuoka taken in the above-captioned matter.

8       7.      Attached hereto as Exhibit 119 is a true and correct copy of the relevant portions of the transcript of the June 23, 2010 deposition of Richard McWilliam taken in the above-captioned matter.

9       8.      Attached hereto as Exhibit 120 is a true and correct copy of the relevant portions of the transcript of the June 24, 2010 deposition of Yu Chin "Alex" Yeh taken in the above-captioned matter.

0038528/017/ 474925v01

1      9.      Attached hereto as Exhibit 121 is a true and correct copy of the relevant portions of the transcript of the July 6-7, 2010 deposition of Masaki Kaifu taken in the above captioned matter.

    10.      Attached hereto as Exhibit 122 is a true and correct copy of the certified translation together with the original Japanese language version of a March 29, 2005 email thread between Hiroyuki Miwa, Eiichi Kamagata, Takehito Yokomaku, Takuya Mori and Yoshiaki Kawabe, Bates numbered ANX036103-05. The Japanese and certified English translation of this document were marked at the deposition of Koichiro Natsume as Exhibits 128a and 128b and authenticated by Hiroyuki Miwa's Supplemental Responses to Deposition on Written Questions (attached as Exhibit 25 to the Declaration of Kristina Fredericks in Support of Upper Deck's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues ("Miwa Response") No. 3.

    11.      Attached hereto as Exhibit 123 is a true and correct copy of the certified translation together with the original Japanese language version of a April 4, 2005 email from Hiroyuki Miwa to Eiichi Kamagata, Asa Suehira and Naritoshi Sato, Bates numbered ANX036108-09. The Japanese and certified English translation of this document were marked at the deposition of Koichiro Natsume as Exhibits 129a and 129b and authenticated by Miwa Response No. 10.

    12.      Attached hereto as Exhibit 124 is a true and correct copy of the certified translation together with the original Japanese language version of a April 21, 2005 email from Eiichi Kamagata to Hiroyuki Miwa, Bates numbered ANX036128-29. The Japanese and certified English translation of this document were marked at the deposition of Koichiro Natsume as Exhibits 130a and 130b and authenticated by Miwa Response No. 13.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2010, at Los Angeles, California.

*/s/ Kristina Fredericks*
Kristina Fredericks

2

0038528/017/ 474925v01