1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ANIPLEX, INCORPORATED, a Japanese corporation,

        Plaintiff/Counter-Defendant,

vs.

THE UPPER DECK COMPANY, a Nevada Corporation,

        Defendant/Counterclaimant.

CASE NO:   2:08-cv-00442 HDM-PAL

ORDER APPROVING

**SUBSTITUTION OF ATTORNEYS**

TO:   ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Defendant/Counterclaimant THE UPPER DECK COMPANY hereby consents to the substitution of NICHOLAS & BUTLER, LLP, in place and stead of LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR in the above-entitled case.

    DATED this ___ day of November, 2010.

                                       THE UPPER DECK COMPANY

                                       BY: _____
                                           GEORGE RIKOS, ESQ.

## ATTORNEY CONSENT

The law firm of LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP consents to the above-substitution of counsel in the above-entitled action.

DATED this 5th day of November, 2010.

LINER RODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF
& TAYLOR LLP

BY: _____
Kim Zeldin, Esq.
California Bar #135780
*(admitted pro hac vice)*
199 Fremont Street, 20th Floor
San Francisco, California 94105.2255

WOLFENZON SCHULMAN & ROLLE, Co-Counsel for Defendant/Counterclaimant THE UPPER DECK COMPANY, is duly admitted to practice in this District, and hereby consents to the above-substitution of counsel in the above-entitled action.

DATED this 8th day of November, 2010.

WOLFENZON SCHULMAN & ROLLE

BY: _____
JON ROLLE, ESQ.
Nevada Bar No. 4367
DANIEL J. REED, ESQ.
Nevada Bar #11249
6725 Via Austi Pkwy., Suite 260
Las Vegas, Nevada 89119

## ACCEPTANCE OF SUBSTITUTION

NICHOLAS & BUTLER, LLP, is duly admitted to practice in the State of California, and hereby accepts the above and foregoing substitution as attorneys for THE UPPER DECK COMPANY as counsel of record in place and stead of LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR.

DATED this 5th day of November, 2010.

NICHOLAS & BUTLER, LLP

BY: _____
Alex M. Tomasevic, Esq.
225 Broadway, 19th Floor
San Diego, CA 92101

## APPROVED

DATED this 15 day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE