UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANIPLEX, INCORPORATED, )
a Japanese corporation, )
                                      )      2:08-cv-00442-HDM-PAL
         Plaintiff and )
         Counter-Defendant, )
                                      )
         vs. )      **ORDER REGARDING TRIAL**
                                      )
UPPER DECK COMPANY, )
a Nevada corporation, )
                                      )
         Defendant and )
         Counterclaimant. )
_____/

Attached hereto is a list of all cases on calendar before this Court on **Tuesday, July 12, 2011**.

IT IS ORDERED that counsel for all parties shall appear telephonically for **Telephonic Calendar Call on Tuesday, June 21, 2011 at 9:30 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.  Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0070.**

At the Telephonic Calendar Call, all cases will be orally ranked in order of trial.  Thereafter, all such cases, with such exceptions as the Court may occasionally make, will be tried one after the other on two (2) day's notice from the Courtroom Deputy.  The trial of the first case will commence on **Tuesday, July 12, 2011 at 9:00 a.m. in Las Vegas Courtroom (to be determined).**

Inasmuch as the cases will be tried in a trailing fashion, any subpoenas should contain special instructions from counsel directing the witness to contact the <u>office of counsel</u> for further instructions prior to appearing.

The cases appearing on the attached trial calendar have been tentatively ranked in order of trial.

Proposed Findings of Fact and Conclusions of Law or Proposed Joint Jury Instructions (**prepared in accordance with the Order for Preparation of Jury Instructions**) and proposed *voir dire* shall be filed no later than 4:00 p.m. on **Tuesday, July 5, 2011**.

EXHIBITS: During preparations for trial, counsel for all parties shall meet, confer, pre-mark and exchange all trial exhibits. Counsel shall prepare a list of all exhibits, marked numerically. Each exhibit shall be marked with an exhibit sticker properly designating it as Plaintiff's Exhibit, Defendant's Exhibit or Joint Exhibit. The exhibits shall be listed on the form to be provided by the Courtroom Deputy. Counsel may use computer-generated exhibit lists so long as they conform to the requirements of the form provided by the Courtroom Deputy. Blank exhibit lists and stickers may be obtained from the Office of the Clerk, U.S. District Court.

In any case which involves fifteen or more document exhibits, the exhibits shall be placed in a loose-leaf binder behind a tab noting the number of each exhibit. The binder shall be clearly marked on the front and side with the case caption and number and the sequence of exhibits. At the commencement of trial, counsel shall provide the Courtroom Deputy with the binder containing the exhibits and a courtesy copy for the Court, and an original and one copy of the Exhibit List.

The Court further orders the Courtroom Deputy to serve copies of this Order on all parties.

THE DATE of the Clerk's file mark shall constitute the date of this Order.

                                          /s/
                              HOWARD D. McKIBBEN
                              SENIOR U. S. DISTRICT JUDGE

1 **LAS VEGAS TRIAL CALENDAR - TUESDAY, JULY 12, 2011**

2  1.      2:10-cr-00274-HDM-LRL                UNITED STATES OF AMERICA
                                                 vs.
3          **Jury Trial**                        PHET LOI NAOVARATH

4          FOR THE GOVERNMENT:                   FOR THE DEFENDANT:
           Daniel Schiess, AUSA                  Mace Yampolsky, CJA
5

6  2.      2:08-cv-00442-HDM-PAL                 ANIPLEX, INCORPORATED
                                                 vs.
7          **Jury Trial**                        UPPER DECK COMPANY

8          FOR THE PLAINTIFF:                    FOR THE DEFENDANT:
           Michael Firestein, Esq.               A. William Maupin, Esq.
9          James Murphy, Esq.                    John Naylor, Esq.
           Joshua Pollack, Esq.                  Meredith Markwell, Esq.
10                                               Craig Nicholas
                                                 Alex Tomasevic, Esq.