UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANIPLEX, INCORPORATED, a Japanese corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>THE UPPER DECK COMPANY, a Nevada corporation,<br><br>    Defendant and Counterclaimant. | 2:08-cv-00442-HDM-PAL<br><br><br>ORDER |

    This case, having been settled on September 29, 2011, subject only to payments, is hereby administratively closed subject only to be reopened upon entry of Judgment on November 29, 2011, in the event such Judgment must be entered pursuant to the terms of the Settlement Agreement dated September 29, 2011.

    **IT IS SO ORDERED.**

    DATED: This 29th day of September, 2011.

                                                                           /s/ Howard D. McKibben<br>                                                      UNITED STATES DISTRICT JUDGE

1