**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIPLEX, INCORPORATED, a Japanese corporation,<br><br>      Plaintiff and Counter-Defendant,<br><br>vs.<br><br>THE UPPER DECK COMPANY, a Nevada corporation,<br><br>      Defendant and Counterclaimant. | 2:08-cv-00442-HDM-PAL<br><br>ORDER |

    The court has been advised as of November 29, 2011 that Defendant and Counterclaimant The Upper Deck Company has not paid any portion of the settlement sum to Plaintiff and Counter-Defendant Aniplex, Incorporated, and the full balance of $3,950,000.00 remains outstanding. Accordingly, consistent with the terms of the parties' settlement agreement and this court's September 29, 2011 order, the Clerk of Court is directed to enter judgment in favor of Plaintiff and Counter-Defendant Aniplex,

1

Incorporated and against Defendant and Counterclaimant The Upper Deck Company.  Judgement shall be entered as follows:

　　1. Judgment is entered in favor of Plaintiff and Counter-Defendant Aniplex, Incorporated ("Aniplex") and against Defendant and Counterclaimant The Upper Deck Company ("Upper Deck") on Aniplex's claims.  Aniplex shall recover from Upper Deck the amount of Three-Million, Nine-Hundred Fifty Thousand dollars (US $3,950,000), plus post-judgment interest at the lawful rate from November 29, 2011 forward until fully paid, along with all costs allowable to a judgment creditor.

　　2. Judgment is entered in favor of Aniplex and against Upper Deck on Upper Deck's counterclaims. Upper Deck shall recover nothing on its counterclaims.

**IT IS SO ORDERED.**

　　DATED: This 30th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE