**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIPLEX, INCORPORATED, a Japanese corporation,<br><br>        Plaintiff and Counter-Defendant,<br>v.<br><br>THE UPPER DECK COMPANY, a Nevada corporation,<br><br>        Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:08-cv-00442-HDM-PAL<br><br>**JUDGMENT IN A CIVIL ACTION** |

Pursuant to the terms of the parties' Settlement Agreement and Mutual Release ("Agreement"), which Agreement was filed with the Court on September 29, 2011 (Docket No. 303), the Court's minute order dated September 29, 2011 (Docket No. 302), and the Declaration of Michael A. Firestein in Support of Plaintiff and Counter-Defendant Aniplex, Incorporated's Request for Entry of Judgment dated November 29, 2011, the Court has ordered that:

      1.    Judgment is entered in favor of Plaintiff and Counter-Defendant Aniplex, Incorporated ("Aniplex") and against Defendant and Counterclaimant The Upper Deck Company ("Upper Deck") on Aniplex's claims.  Aniplex shall recover from Upper Deck the amount of Three-Million, Nine-Hundred Fifty Thousand dollars (US $3,950,000), plus postjudgment interest at the lawful rate from November 29, 2011 forward until fully paid, along with all costs allowable to a judgment creditor.

      2.    Judgment is entered in favor of Aniplex and against Upper Deck on Upper Deck's counterclaims.  Upper Deck shall recover nothing on its counterclaims.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

11/30/2011
DATE